AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
1/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

| United States of America | |
|---|---|
| v. | Case No.  2:22-mj-00369-DUTY |
| Matthew Edward Chen, also known as "Dolphin," | |
| Defendant | |

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 2 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY  CD  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2021 in the county of Riverside in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*Complainant's signature*

Karen C. Smyth, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  1/27/2022

*Judge's signature*

City and state:  Los Angeles, California       Hon. Jacqueline Chooljian, U.S. Magistrate Judge
*Printed name and title*

AUSA: El-Amamy x0552

**AFFIDAVIT**

I, Karen C. Smyth, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been an FBI Special Agent since 2008. I am currently assigned to the Los Angeles Field Office, Long Beach Resident Agency, where I specialize in the investigation of domestic terrorism. I primarily investigate United States persons who commit violent criminal acts in furtherance of their political or social ideology. I have participated in several investigations of individuals that committed criminal acts in furtherance of ideological goals, to include militia violent extremists. I successfully completed the approximately 20-week New Agent Training at the FBI Academy in Quantico, Virginia. During that time, I received training in physical surveillance, legal statutes and procedures, confidential source management, and electronic surveillance techniques. I have also assisted with the execution of search warrants in numerous domestic terrorism investigations.

## II. PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, MATTHEW EDWARD CHEN ("CHEN") for a violation of Title 26, United States Code, Section 5861(d) (Possession of an Unregistered Firearm) (the "Subject Offense").

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates are approximate.

### III. LEGAL BACKGROUND

4. Pursuant to 26 U.S.C. § 5861:

It shall be unlawful for any person . . .

(d) to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record.

5. Pursuant to 26 U.S.C. § 5845(a):

The term "firearm" means . . . (7) any silencer (as defined in section 921 of title 18, United States Code).

6. Pursuant to 18 U.S.C. § 921:

The terms "firearm silencer" and "firearm muffler" mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

### IV. STATEMENT OF PROBABLE CAUSE

#### A. Background on Boogaloo Extremists

7. Based on my training and experience, I know the following:

    a. Boogaloo ideology is an anti-government or anti-authority concept advocating the violent overthrow of government. The term boogaloo, as it used today, emerged online in early 2013 and has increasingly been co-opted by militia violent extremists to refer to an impending politically-motivated civil war or uprising against the government following perceived incursions on constitutional rights – including the Second Amendment – or other actions perceived as government overreach. In the current atmosphere created by the pandemic, militia violent extremists have made calls for the "boogaloo," "big igloo," or "big luau," and used imagery such as igloos or Hawaiian shirts to promote their interest or anticipation of an impending war. Boogaloo ideology is linked with the concept of accelerationism, which boogaloo adherents and some other extremists use to justify engaging in violence to induce their desired conflict based on the perception that participating in elections or other civic processes is ineffective.

    b. Some boogaloo adherents, including militia violent extremists, acquire and wear ballistic armor and carry firearms, have a desire to build unregistered firearms, and possess military-grade optical sights and laser sighting devices. They often use this equipment in carrying out their activities and endorse and promote its use online.

      c. Boogaloo ideology and related violent behavior is not directed at any specific entity but at all government agencies, including local, state, and federal agencies and law enforcement. Boogaloo-inspired attacks and plots are increasingly frequent and the online presence of boogaloo content and communications, including the creation of social media groups and forums, has increased significantly over the past several months.

      d. Recent publicly reported boogaloo-inspired acts of violence include a 2019 attack in which a shooter, reportedly depicted in the following photograph published by the Dallas Morning News, opened fire on the Earle Cabell Federal Building and Courthouse in Dallas, Texas.



      e. In May and June 2020, two men were arrested and indicted in the Northern District of California, case number CR 20-0265, for shooting to death one Protective Security Officer and wounding another officer at the federal courthouse in Oakland, California. The affidavit supporting the federal criminal complaint filed in that case alleges that one of the defendants, Steven Carrillo, an active-duty Air Force

servicemember, also murdered a Santa Cruz County Deputy Sheriff before being arrested. It also alleges that investigators in that case recovered a ballistic vest bearing a patch displaying symbols associated with the boogaloo movement and that, prior to his arrest, Carrillo used his own blood to write "BOOG" among other things on the hood of a vehicle he allegedly carjacked.

**B.     General Background Regarding the Cali Bois**

8.   As set forth in more detail below, based on my familiarity with investigation, including, information that I obtained from an FBI Undercover Employee ("UCE") and an FBI Confidential Human Source ("CHS #1")[1], my participation in physical surveillance, and my review of audio and video recordings of Cali Bois meetings, I have learned the following:

   a.   One of the California-based groups that subscribes to the Boogaloo ideology is known as the "Cali Bois." The Cali Bois organization maintains active chapters in, among other places, the greater Los Angeles area, the greater San Francisco and Sacramento area, and the greater San Diego area of California.

   b.   The following individuals, among others, are members of the Southern California Cali Bois:

      i.   D.W., who uses the moniker "OpFor," is a member of the Los Angeles County-based chapter of the Cali Bois.

      ii.  A.B. is the current leader of the Southern California Cali Bois groups. He uses the moniker "Unicorn."

---

[1] CHS #1 has no criminal history and is cooperating in exchange for payment. To date, the CHS #1 has received approximately $23,156.91.

5

           iii. CHEN is also a Cali Bois member who recently relocated to Southern California. He uses the moniker "Dolphin."

      c. Members of the Cali Bois communicate using encrypted cellular telephone applications. These encrypted applications are used to maintain privacy and minimize technical surveillance from third parties, including law enforcement. While the applications can be accessed from a computer, they are designed to be used primarily on a cellular phone.

### C. CHEN Sells a Silencer to an Undercover Law Enforcement Officer

9. Based on my training, experience, and knowledge of the investigation, including information that I obtained from the UCE and CHS #1, I am aware of the following:

      a. On October 23, 2021, the UCE and CHS #1 attended a Cali Bois meeting at A.B.'s residence in Murrieta, California. The meeting was audio recorded by the UCE and CHS #1.[2]

      b. The meeting took place in A.B.'s garage. Multiple Cali Bois members attended, including D.W. and CHEN. The purpose of the meeting was for CHEN to provide other Cali Bois members training regarding firearm silencers and the National Firearms Act ("NFA").

      c. CHEN used a PowerPoint presentation as a guide during his presentation. The presentation was entitled:

---

[2] A second CHS, CHS #2, was also present during the meeting. CHS #2 has been working with the FBI since 2020 and has been paid a total of $3,659.75 by the FBI since 2020. CHS #2 is handled jointly with another investigative agency, who has paid CHS #2 an additional $300 during that same time frame.

***"Fucking the ATF and Making the NFA Your Bitch 101.  Suppressor edition."***

        d.    Based on my training and experience, I am aware that:

        i.    "ATF" is the acronym commonly used for the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

        ii.    The term "suppressor" refers to an accessory for firearms that is designed to dampen the sound of the firearm when it is fired.  These devices are also referred to as "silencers" due to their ability to quiet or dampen the sound that a firearm makes when it is fired.  The terms "suppressor" and "silencer" are often used interchangeably.

        e.    One of the first slides stated that the presentation contained: ***"EVERYTHING YOU ARE NOT SUPPOSED TO KNOW ABOUT SUPPRESSORS."***  The following slide stated that the goal of the presentation was to: ***"provide baseline knowledge and resources on private suppressor manufacturing."***  A slide early in the presentation provided the ATF definition of a suppressor, and the presentation contained information regarding the law under Title 26, United States Code, Section 5861.

        f.    CHEN physically possessed multiple firearm silencers at the meeting.  At the conclusion of the meeting, the UCE and CHS #1 asked CHEN if they could purchase a silencer, and he sold them a firearm silencer for $400 in cash.  CHEN did not require the UCE or CHS #1 to complete any paperwork in connection with the sale.

7

10. FBI Forensic Examiner Derrick S. McClarin has examined the item that CHEN sold to the UCE and CHS and determine that it was "a silencer (suppressor), with the design and components for diminishing the report of a firearm, and a wrench."

### D. CHEN Sells an Auto Sear and a Solvent Trap Silencer Kit to an Undercover Law Enforcement Officer

11. Based on my training, experience, and knowledge of the investigation, including information that I obtained from the UCE, I am aware of the following:

   a. On or about December 17, 2021, CHEN stated in the Cali Bois group chat that he purchased six Glock auto sears. CHEN also stated that, when the auto sears came in, he would host a night-time shoot to test them out before selling them to Cali Bois members. CHEN stated he would keep two auto sears and sell the rest for $250 each.

   b. On January 18, 2022, the UCE initiated an encrypted text with CHEN that continued through January 21, 2022. During the conversation, the UCE and CHEN agreed to meet in the afternoon on January 20, 2022 at a park in Pomona, California, so that CHEN could sell an auto sear to the UCE.

   c. On January 20, 2022, the UCE met CHEN at the park. The UCE recorded the meeting with an audio recording device. CHEN was waiting for the UCE at the park in his car. The UCE parked next to CHEN and met with CHEN on the driver's side of his car. CHEN gave the UCE a clear plastic zip-loc baggie that contained three black stainless steel metal pieces. CHEN told the UCE that the metal pieces were parts used to make

8

a firearm fully automatic. Based on my training, experience, and knowledge of the investigation, I know that CHEN was presenting the UCE with the opportunity to purchase an auto sear. The UCE purchased the auto sear from CHEN for $250.

  d. During the meeting, CHEN told the UCE that he had a solvent trap kit[3] at his home and invited the UCE to his residence.

  e. The UCE followed CHEN as CHEN drove to his residence. CHEN and the UCE entered the residence through the garage and into the kitchen. CHEN told the UCE to remain in the kitchen while he retrieved firearms.

  f. CHEN returned to the kitchen with a rifle slung around his neck and carrying a Glock semi-automatic handgun. The handgun had a removable stock.[4] The rifle had a removable silencer.

  g. CHEN provided the UCE with instructions regarding how to install an auto sear on the Glock handgun, and demonstrated how, with the addition of the auto sear, the handgun would operate as a fully automatic firearm. CHEN performed a function check of the Glock with the addition of the

---

[3] Based on my training and experience, I am aware that a solvent trap kit is a firearm cleaning system that is designed to capture cleaning solvent for it to be disposed of efficiently. Solvent trap kits have a distinct resemblance to silencers, with the main difference being that solvent traps do not have a hole bored through the center. Because of this similarity, solvent trap kits can be used to make a suppressor.

[4] Based on my training and experience, I am aware that a stock attachment to a handgun provides a handgun some of the advantages and functionality of a rifle, including greater accuracy at range, faster follow-up shots, and improved stability.

auto sear, demonstrating that the auto sear negated the resetting of the trigger, indicative of fully automatic operation.

   h. CHEN also used his cellular telephone to play two videos of himself and another individual known by UCE to be another Cali Bois member using the fully automatic Glock handgun and stock in a desert environment.

   i. CHEN also removed the silencer from his rifle and described the different features of the silencer and reattached it to his rifle. CHEN also described and disassembled the solvent trap to show that all of the baffles had not been drilled through. CHEN explained to UCE how to drill the remaining baffles to convert the solvent trap into a functioning silencer.

   j. CHEN told the UCE that the UCE could purchase the solvent trap kit from CHEN for $450. He also provided the UCE with instructions regarding how to convert the solvent trap kit to a silencer. CHEN told the UCE that the total price for the auto sear and the solvent trap kit was $700. The UCE provided CHEN with $700 in cash in exchange for the auto sear and solvent trap kit.

  12. According to the UCE, after the UCE left CHEN's residence, CHEN sent the UCE four files and two video files through the encrypted text conversation. The files were titled:

   a. "Silencer_Student's_Bore___Clip_Chart;"

   b. "BLAST_CHAMBER-public;"

   c. "Tube_Specs___Thread_Compatibility_List__;" and

  d. "Vendor_List___Resources."

 13. The UCE viewed the two video files sent by CHEN. The videos showed a person demonstrating the disassembly, assembly, and function check of a handgun featuring an auto sear.

 14. According to the UCE, CHEN also provided the UCE with the contact information for a person who could provide a jig to aid in the drilling of the solvent trap kit to convert it to a functional silencer.

 15. On January 22, 2022, law enforcement personnel queried CHEN in the National Firearm Registration and Transfer Record to determine whether he had a valid registration pursuant to the NFA for any silencers, machineguns, or fully automatic firearms. Law enforcement personnel determined that there was no NFA record for silencers, machineguns, or fully automatic firearms for CHEN.

## V. CONCLUSION

 16. For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 27th day of
January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

11